UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI,
and ALFRED J. BALERNA,

    Defendants.

05 10875 WGY

**LOCAL RULE 7.3**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the Plaintiff, Kawasaki Motors Finance Corporation ("KMFC") hereby states that it is a Delaware corporation with a principal place of business at 9950 Jeronimo Road, Irvine, California. KMFC is wholly owned by Kawasaki Motors Corporation, U.S.A., also a Delaware corporation with a principal place of business at 9950 Jeronimo Road, Irvine, California.

Respectfully submitted,

KAWASAKI MOTORS FINANCE
CORPORATION,

By its Attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

By: _____
Richard D. Glovsky, BBO# 195820
Jeffrey A. Dretler, BBO# 558953
585 Commercial Street
Boston, MA 02109
(617) 456-8000

2