# UNITED STATES DISTRICT COURT

District of    Massachusetts

KAWASAKI MOTORS FINANCE CORPORATION

V.

ROBERT J. SCOZZARI
LINDA B. SCOZZARI AND
ALFRED J. BALERNA.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

5 10875 WG

TO: (Name and address of Defendant)

Robert J. Scozzari
34 Regis Road
East Falmouth, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Dretler, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    4-28-05

CLERK    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

DATE

**United States District Court**
**Massachusetts Division**
**Docket/Case No: 05 10875 WGY**

I hereby certify and return that today, April 29, 2005, at 3:29 PM, I served a true and attested copy of the within Summons for Custody upon the within named Robert J. Scozzari, by leaving said copies along with cover sheet and Exhibits 1,2,3,4,5., at 34 Regis Road, East Falmouth, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Robert J. Scozzari, at 34 Regis Road, East Falmouth, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 29, 2005.

*[signature]*

**Robert Reardon,** Constable, Process Server
& Disinterested Person over Age 18.    Total Fees: $65.00
**South Coast Legal Services, Inc.**
P O Box 7427, Brockton, MA, 02303-7427
(781) 848-7049 , (781) 848-7058 Fax

TRAVEL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.