# UNITED STATES DISTRICT COURT

District of    Massachusetts

KAWASAKI MOTORS FINANCE CORPORATION

V.

ROBERT J. SCOZZARI
LINDA B. SCOZZARI AND
ALFRED J. BALERNA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10875 WGY

TO: (Name and address of Defendant)

ALFRED J. BALERNA
52 ORCHARD HILL DRIVE
SHARON, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Dretler, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                         DATE  4-28-05

(By) DEPUTY CLERK

## RETURN OF SERVICE

### United States District Court
### Massachusetts Division
### Docket/Case No: 05 10875 WGY

I hereby certify and return that today, April 30, 2005, at 10:55 AM, I served a true and attested copy of the within Summons for Custody upon the within named Alfred J. Balerna, by leaving said copies along with cover sheet and Exhibits 1,2,3,4,5., at 19 Sunset Drive, South Walpole, MA *his/her* last and usual abode. with an adult female who would not open door. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Alfred J. Balerna, at 19 Sunset Drive, South Walpole, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 30, 2005.

**Daniel T. Dalton,** Constable
& Disinterested Person over Age 18.    Total Fees: $65.00
**South Coast Legal Services, Inc.**
P O Box 7427, Brockton, MA, 02303-7427
(781) 848-7049 , (781) 848-7058 Fax

TRAVEL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                          _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.