UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants.

CA:  05 10875WGY

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
PURSUANT TO FED. R. CIV. P. 55(A)**

Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), hereby moves, pursuant to Fed. R. Civ. P. 55(a), for entry of default against Defendants Robert J. Scozzari, Linda B. Scozzari and Alfred J. Balerna (collectively, "Defendants"), for failure to plead or otherwise defend this matter, as set forth below.

1.    KMFC commenced the instant action on April 28, 2005 by filing a Complaint against Defendants as individual guarantors of the debt owed to KMFC by CBL Enterprises, Inc. ("CBL") d/b/a Kawasaki of Cape Cod, in the amount of $151,644.35.

2.    A Summons and Complaint were served upon the defendant, Alfred J. Balerna, on April 29, 2005.  A copy of the return of service was filed with this Court on May 9, 2005.  The time period established under the Federal Rules of Civil Procedure for responding to the Complaint has expired, and as of this date, defendant Balerna has failed to file an answer or otherwise respond.

3. A Summons and Complaint were served upon the defendant, Robert J. Scozzari, on April 30, 2005. A copy of the return of service was filed with this Court on May 9, 2005. The time period established under the Federal Rules of Civil Procedure for responding to the Complaint has expired, and as of this date, defendant Robert J. Scozzari has failed to file an answer or otherwise respond.

4. A Summons and Complaint were served upon the defendant, Linda B. Scozzari, on April 30, 2005. A copy of the return of service was filed with this Court on May 9, 2005. The time period established under the Federal Rules of Civil Procedure for responding to the Complaint has expired, and as of this date, defendant Linda B. Scozzari has failed to file an answer or otherwise respond.

5. No attorney has entered an appearance on behalf of any of the Defendants in this matter.

WHEREFORE, the plaintiff, KMFC, moves that this Court direct the Clerk to enter defaults against Defendants Robert J. Scozzari, Linda B. Scozzari, and Alfred J. Balerna, pursuant to Fed. R. Civ. P. 55(a).

    Respectfully submitted,

    KAWASAKI MOTORS FINANCE CORPORATION,

    By its Attorneys,

    PRINCE, LOBEL, GLOVSKY & TYE LLP

    By: __/s/__ Jeffrey A. Dretler__
       Richard D. Glovsky, BBO# 195820
       Jeffrey A. Dretler, BBO# 558953
       585 Commercial Street
       Boston, MA 02109
       (617) 456-8000

3

Case 1:05-cv-10875-WGY    Document 6    Filed 05/24/2005    Page 3 of 3