UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: **05-10875-WGY**

**KAWASAKI MOTORS FINANCE CORPORATION**
**Plaintiff**

v.

**LINDA B. SCOZZARI**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Kawasaki Motors Finance Corp. for an order of Default for failure of the Defendant, Linda B. Scozzari to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 25, 2005.

                                                                Sarah Thornton
                                                                Clerk

                                                            **By:**    /s/ Marie Bell
                                                                            **Deputy Clerk**

Notice mailed to counsel of record and defendants.