UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-10875-WGY</u>

**KAWASAKI MOTORS FINANCE CORPORATION**
**Plaintiff**

v.

**ALFRED J. BALERNA**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Kawasaki Motors Finance Corp. for an order of Default for failure of the Defendant, Alfred J. Balerna to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on May 25, 2005.

Sarah Thornton
Clerk

By:   /s/ Marie Bell
        Deputy Clerk

Notice mailed to counsel of record and defendants.