UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE   JUNE 7-05
1 COURTHOUSE WAY SUITE 2300
BOSTON MA 02210                   NO 05-10875 WGY
ATTN MARIE BELL DEPUTY CLERK

I RECEIVED YOUR NOTICE OF DEFAULT JUNE 6, 2005 AND I HAVE NOT LIVED IN SHARON SINCE 2001. I HAVE LIVED WITH MY SON IN MILTON AND I NOW RESIDE AT 19 SUNSET DRIVE PO BOX 176 SO WALPOLE MA 02071

I AM 75 AND ALONE AND MANY TIMES I TAKE CARE OF MY GRANDCHILDREN AND SLEEP AT THEIR HOME

I WILL GLADLY RESPOND TO WHATEVER IS NEEDED OF ME AS I CANNOT AFFORD AN ATTORNEY AND WILL BE PRO SE.

IN THIS CASE OF CIVIL ACTION 05-10875-WGY KAWASAKI MOTOR FINANCE CORPORATION V ME ALFRED J BALERNA I DID NOT RESPOND BECAUSE I NEVER RECEIVED THE COMPLAINT.

PLEASE DIRECT ME TO HOW I MAY GET A COPY AND TO WHOM DO I RESPOND ONCE I GET THE COMPLAINT I WILL RESPOND IMMEDIATELY OF WHATEVER IS ASKED

PLEASE HELP ME MY HOME PHONE IS 508-660-1064 AND MY CELL 617-686-6017. I AWAIT INSTRUCTIONS

VERY TRULY
Alfred J Balerna