UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants.

CA:  05 10875WGY

### PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT
### PURSUANT TO FED. R. CIV. P. 55(B)(1)

Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), hereby requests, pursuant to Fed. R. Civ. P. 55(b)(1), that the Clerk enter default judgment against Defendants Robert J. Scozzari, Linda B. Scozzari and Alfred J. Balerna (collectively, "Defendants"), jointly and severally, in the amount of $158,584.32, plus interest and costs.  As explained below, and in the Affidavits of Jeffrey A. Dretler and Bart Hilliard, filed herewith, this Court has entered defaults against all three Defendants for their failure to plead or otherwise defend the action, the Defendants are not infants or incompetent or in military service of the United States, and the Plaintiff's claim against Defendants is for a sum certain.

    1.    KMFC commenced the instant action on April 28, 2005 by filing a Complaint against Defendants as individual guarantors of the debt owed to KMFC by CBL Enterprises, Inc. ("CBL") d/b/a Kawasaki of Cape Cod.

    2.    By order dated May 25, 2005, this Court entered defaults against all three Defendants for failure to plead or otherwise defend the action.  Defendant Balerna sent a letter to

4

the Court dated June 7, 2005 which the Court treated as a request to remove the default, which request was denied.

3. KMFC's claim against the Defendants is for a sum certain, in the amount of $158,584.32, as set forth in the Affidavit of Bart Hilliard, Senior Collection Supervisor for KMFC, filed herewith.

4. The costs incurred by KMFC in pursuing this case to date are $2,499.25, as set forth in the Bill of Costs, attached as Exhibit 1 to the Affidavit of Jeffrey A. Dretler ("Dretler Aff."), filed herewith.

5. Upon information and belief, none of the Defendants are infants, incompetent or in military service of the United States, as set forth in the Affidavit of Jeffrey A. Dretler, filed herewith.

WHEREFORE, the Plaintiff, KMFC, requests that the Clerk enter default judgments against Defendants Robert J. Scozzari, Linda B. Scozzari, and Alfred J. Balerna, pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $158,584.32, plus interests and costs. In compliance with this Court's Standing Order Regarding Motions for Default Judgment, dated May 25, 2005, a draft Order with respect to each Defendant is attached hereto as Exhibit A.

Respectfully submitted,


KAWASAKI MOTORS FINANCE
CORPORATION,

By its Attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

By:  /s/  Jeffrey A. Dretler
  Richard D. Glovsky, BBO# 195820
  Jeffrey A. Dretler, BBO# 558953
  585 Commercial Street
  Boston, MA  02109
  (617) 456-8000


CERTIFICATE OF SERVICE

    I, Jeffrey A. Dretler, attorney for the Plaintiff in the above-captioned matter, hereby certify that on this 16th day of June, 2005, I served the within document upon all parties of record by delivering, via first class mail, postage pre-paid, a copy thereof to: Robert J. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; Linda B. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; and Alfred J. Balerna, 19 Sunset Drive, P.O. Box 176, S. Walpole, MA  02071.


    /s/ Jeffrey A. Dretler
    Jeffrey A. Dretler

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>    Defendants. | CA: 05 10875WGY |

**DEFAULT JUDGMENT**

Defendant, Alfred J. Balerna, having failed to plead or otherwise defend in this action, and his default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $158,584.32, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,499.25.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Alfred J. Balerna the principal amount of $158,584.32, with costs in the amount of $2,499.25 and prejudgment interest at the rate of 12% from April 28, 2005 to _____ (date of default judgment) in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

                                                   By the Court

Dated:_____                                       _____
                                                        Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____.

Case 1:05-cv-10875-WGY   Document 14   Filed 06/16/2005   Page 5 of 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>   Defendants. | CA: 05 10875WGY |

**DEFAULT JUDGMENT**

Defendant, Robert J. Scozzari, having failed to plead or otherwise defend in this action, and his default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $158,584.32, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,499.25.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Robert J. Scozzari the principal amount of $158,584.32, with costs in the amount of $2,499.25 and prejudgment interest at the rate of 12% from April 28, 2005 to _____ (date of default judgment) in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

Dated:_____

By the Court
_____
Deputy Clerk

6

NOTE:   The post judgment interest rate effective this date is _____.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>    Defendants. | CA:  05 10875WGY |

**DEFAULT JUDGMENT**

Defendant, Linda B. Scozzari, having failed to plead or otherwise defend in this action, and his default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $158,584.32, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,499.25.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Linda B. Scozzari the principal amount of $158,584.32, with costs in the amount of $2,499.25 and prejudgment interest at the rate of 12% from April 28, 2005 to _____ (date of default judgment) in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

Dated:_____

By the Court

_____
Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____.

8