UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>    Defendants. | CA: 05 10875WGY |

**AFFIDAVIT OF JEFFREY A. DRETLER**

I, Jeffrey A. Dretler, do on oath depose and say as follows:

1. I am a partner with the law firm of Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109, counsel to the Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), in the above-captioned action. I submit this Affidavit in support of KMFC's Request for Default Judgment, filed herewith.

2. The costs incurred by KMFC in pursuing this case to date are $2,499.25, as set forth in the Bill of Costs, attached hereto as Exhibit 1.

3. Upon information and belief, none of the Defendants in this case, i.e., Robert J. Scozzari, Linda B. Scozzari and Alfred J. Balerna, are infants, incompetent, or in military service of the United States.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 16th OF JUNE, 2005.

                                                          _/s/ Jeffrey A. Dretler_
                                                          Jeffrey A. Dretler

CERTIFICATE OF SERVICE

      I, Jeffrey A. Dretler, attorney for the Plaintiff in the above-captioned matter, hereby certify that on this 16th day of June, 2005, I served the within document upon all parties of record by delivering, via first class mail, postage pre-paid, a copy thereof to: Robert J. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; Linda B. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; and Alfred J. Balerna, 19 Sunset Drive, P.O. Box 176, S. Walpole, MA  02071.

                      */s/ Jeffrey A. Dretler*
                      Jeffrey A. Dretler

# PRINCE, LOBEL, GLOVSKY & TYE LLP

585 Commercial Street
Boston, Massachusetts 02109-1024
Phone (617) 456-8000 - Fax (617) 456-8100
www.plgt.com
TIN - 04-2986019

Kawasaki Motors Finance Corporation

**Attention:** Mr. Bart Hilliard

9950 Jeronimo Road

Irvine, CA 92618-2084

June 13, 2005

Client: 101293
Matter: 000000
Invoice #: 127037

Page: 1

RE: Kawasaki vs. Scozzari, et al

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/27/2005 | LEXISNEXIS MATTHEW BENDER - Computerized Research | $55.49 |
| 04/28/2005 | United States District Court, Clerk - Filing Fee | $250.00 |
| 04/28/2005 | MARATHON MESSENGERS, INC. - Messenger Service to U.S. District Court | $60.00 |
| 04/28/2005 | MARATHON MESSENGERS, INC. - Messenger Service to U.S. District Court | $30.00 |
| | **Total April Disbursements** | **$395.49** |
| 05/02/2005 | SOUTH COAST LEGAL SERVICES - Witness Service Fees re: 3 service of summons | $215.00 |
| 05/11/2005 | Fax Charges 15083627754 | $3.00 |
| 05/11/2005 | Fax Charges 19494605518 | $17.00 |
| 05/12/2005 | LEXIS NEXIS MATTHEW BENDER - Computerized Research on 5/12 & 5/25 | $215.71 |
| 05/16/2005 | MERCURY INCORPORATED - Express Mail to Bart Hilliard Kawasaki Motors | $24.84 |
| 05/19/2005 | MARSH, MORIARTY, ONTELL & GOLDER, PC Disbursement re: Asset Search | $1,086.00 |
| 05/19/2005 | JENNIFER N. LUCAS - RE: Retrieve and copy records from Barnstable Superior Court | $451.51 |
| 05/27/2005 | In-house Photocopying | $43.20 |
| 05/27/2005 | Fax Charges 16177202565 | $20.00 |
| 05/27/2005 | Postage | $13.10 |
| | **Total May Disbursements** | **$2,089.36** |

| | | |
|---|---|---:|
| 06/09/2005 | Fax Charges 18185013618 (4 @ $1.00) | $4.00 |
| 06/09/2005 | Fax Charges 19494605518 (4 @ $1.00) | $4.00 |
| 06/10/2005 | In-house Photocopying (12 @ $0.15) | $1.80 |
| 06/15/2005 | In-house Photocopying (4 @ $0.15) | $0.60 |
| | **Total June Disbursements** | **$14.40** |
| | **Total Disbursements** | **$2,499.25** |