UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>    Defendants. | CA: 05 10875WGY |

### DEFAULT JUDGMENT

Defendant, Robert J. Scozzari, having failed to plead or otherwise defend in this action, and his default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $158,584.32, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,499.25.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Robert J. Scozzari the principal amount of $158,584.32, with costs in the amount of $2,499.25 and prejudgment interest at the rate of 12% from April 28, 2005 to _7-14-05_ (date of default judgment) in the amount of _4089_ for a total judgment of $_165,172.57_ with interest as provided by law.

Dated: _7-14-05_

By the Court

_Elizabeth Smith_
Deputy Clerk

NOTE: The post judgment interest rate effective this date is  3.41%

7

NOTE: The post judgment interest rate effective this date is  3.41%