UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants,

CITIZENS BANK OF MASSACHUSETTS,

    Trustee Defendant.

CA: 05 10875WGY

ORDER

After hearing, and review of the submissions of the parties, it is hereby ordered that:

    i.    Any monies or credits due the defendant, Alfred J. Balerna, to the amount of $165,172.57, now in the hands and possession of the Trustee, Citizens Bank of Massachusetts, be attached.

SO ORDERED.

Dated:_____

_____
William G. Young
Chief
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. SCOZZARI,<br>LINDA B. SCOZZARI, and<br>ALFRED J. BALERNA,<br><br>    Defendants,<br><br>CITIZENS BANK OF MASSACHUSETTS,<br><br>    Trustee Defendant. | CA:  05 10875WGY |

### PLAINTIFF'S EX PARTE MOTION FOR TRUSTEE PROCESS ATTACHMENT

Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), hereby moves, pursuant to Fed. R. Civ. P. 64 and Mass. R. Civ. P. 4.2, for approval of trustee process to attach any monies or credits due the defendant, Alfred J. Balerna, to the amount of $165,172.57, now in the hands and possession of the Trustee, Citizens Bank of Massachusetts ("Trustee"), to satisfy the default judgment entered against defendant Balerna on July 14, 2005.  Due to the liquid nature of the funds, and the fact that judgment has already entered, there is a reasonable likelihood that if notified of this motion in advance, defendant Balerna would withdraw or transfer the funds sought to be attached.  In further support of this motion, the Plaintiff relies on the Affidavit of Jeffrey A. Dretler, filed herewith.

WHEREFORE, the Plaintiff, Kawasaki Motors Finance Corporation prays that its

motion for approval of trustee process attachment be ALLOWED.  A proposed Order is attached hereto as Exhibit 1.

    Respectfully submitted,

    KAWASAKI MOTORS FINANCE CORPORATION,

    By its Attorneys,

    PRINCE, LOBEL, GLOVSKY & TYE LLP

    By:____*/s/ Jeffrey A. Dretler*_____
      Richard D. Glovsky, BBO# 195820
      Jeffrey A. Dretler, BBO# 558953
      585 Commercial Street
      Boston, MA  02109
      (617) 456-8000