UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants,

CITIZENS BANK OF MASSACHUSETTS,

    Trustee Defendant.

CA:  05 10875WGY

**AFFIDAVIT OF JEFFREY A. DRETLER IN SUPPORT
OF MOTION FOR APPROVAL OF TRUSTEE PROCESS ATTACHMENT**

I, Jeffrey A. Dretler, do on oath depose and say as follows:

1.    I am a partner with the law firm of Prince, Lobel, Glovsky & Tye LLP, 585 Commercial Street, Boston, MA 02109, counsel to the Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), in the above-captioned action.  I submit this Affidavit in support of KMFC's Ex Parte Motion for Trustee Process Attachment, filed herewith.

2.    On or about April 28, 2005, KMFC filed the instant action against defendants Robert J. Scozzari, Linda B. Scozzari, and Alfred J. Balerna, (collectively, "defendants") as guarantors of the debt owed to KMFC by CBL Enterprises, Inc. ("CBL") d/b/a Kawasaki of Cape Cod.

3.    On May 25, 2005, this Court entered defaults against all three defendants.

4. On July 14, 2005, this Court entered default judgments against all three defendants in the amount of $165,172.57.

5. As of this date, none of the defendants has paid any sums towards satisfaction of the judgment, which remains outstanding.

6. Upon information and belief, defendant Alfred J. Balerna maintains a bank account (#1110332472) with Trustee Defendant, Citizens Bank of Massachusetts, where he is a "Gold Customer."

7. KMFC seeks to attach funds held by the Trustee in the name of Alfred J. Balerna in the amount of $165,172.57, in order to satisfy the judgment which has been entered against him in that same amount.

8. Due to the liquid nature of the funds, and the fact that judgment has already entered, there is a reasonable likelihood that if notified of this motion in advance, defendant Balerna would withdraw or transfer the funds sought to be attached.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 26th OF JULY, 2005.

                                                       /s/ Jeffrey A. Dretler
                                                       Jeffrey A. Dretler