UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                           CIVIL ACTION NO. 05--WGY

   To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

   WHEREAS __Kawasaki Motors Finance Corporation__ has recovered judgment against __Robert J. Scozzari, Linda B. Scozzari and Alfred J. Balerna__ on the __14th__ day of __July, 2005__, for the sum of $ __158,584.32__, debt or damage, pre-judgment interest in the amount of $ __4,089.00__, and costs of this suit in the amount of $ __2,499.25__, as to us appears of record, whereof this First Execution remains to be done,

   WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ __165,172.57__, in the whole, with interest thereon at the rate of __3.4%__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

   HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

   Dated this __28 day of July, 2005__.

                                           SARAH A. THORNTON
                                           CLERK OF COURT

SEAL

                                           By: _____
                                                Deputy Clerk

(Execution 1st.wpd - 3/7/2005)