UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants,

CITIZENS BANK OF MASSACHUSETTS,

    Trustee Defendant.

CA: 05 10875WGY

## ORDER

After hearing, and review of the submissions of the parties, it is hereby ordered that:

    i.    Any monies or credits due the defendant, Alfred J. Balerna, to the amount of $165,172.57, now in the hands and possession of the Trustee, Citizens Bank of Massachusetts, be attached.

SO ORDERED.

Dated: July 27, 2005

William G. Young
Chief
United States District Judge