**COMMONWEALTH OF MASSACHUSETTS**
COURT: United States District Court

Suffolk, ss                                              Date of Service:    July 28, 2005

Kawasaki Motors Finance Corporation    :
      Plaintiff                                     :
                                                        :
      vs.                                          :
                                                        :
Robert J. Scozzari, Linda Scozzari and                  :
Alfred J. Balerna                                       :
      Defendant                                    :
                                                        :     CA No.   05-10875-WGY
                                                        :
Citizens Bank of Massachusetts                          :
      Trustee                                      :

## ANSWER OF TRUSTEE

      Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

| Title | Balance Held |
|---|---|
| Alfred J. Balerna, Harriet Balerna | $6,038.09 |
| Dawn Sette, Alfred Balerna | $1,225.87 |
| | $7,263.96 |

Signed under oath this 3rd day of August, 2005.

By: _____
Donald J. Barry, Jr., BBO No. 031575
Sr. Vice President-Attorney for Trustee
Citizens Bank of Massachusetts
53 State Street, MBS 840
Boston, MA 02109
(617) 725-5810

## CERTIFICATION

I hereby certify that on August 3, 2005, I mailed a copy of the within answer to the plaintiff's Attorney, Jeffrey A. Dretler, Prince, Lobel, Glovsky & Tye LLP, 585 Commercial St., Boston, MA 02109.

_____
Donald J. Barry, Jr.