UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

      Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

      Defendants,

CITIZENS BANK OF MASSACHUSETTS,

      Trustee Defendant.

CA:  05 10875WGY

## PLAINTIFF'S MOTION TO CHARGE TRUSTEE

Plaintiff, Kawasaki Motors Finance Corporation ("KMFC"), hereby moves, pursuant to

Fed. R. Civ. P. 69 and Mass. Gen. Laws c. 246, § 39, for an order charging the Trustee

Defendant, Citizen's Bank of Massachusetts ("Trustee"), on its Answer, and ordering that a

Trustee Execution be issued in the amount of the funds held by the Trustee on behalf of the

defendant, Alfred J. Balerna, as indicated in the Trustee Answer filed in this action.  As further

grounds for this motion, Plaintiff states as follows:

1.      On or about April 28, 2005, KMFC filed the instant action against defendants

Robert J. Scozzari, Linda B. Scozzari, and Alfred J. Balerna, (collectively, "defendants") as

guarantors of the debt owed to KMFC by CBL Enterprises, Inc. ("CBL") d/b/a Kawasaki of

Cape Cod.

2.      On May 25, 2005, this Court entered defaults against all three defendants.

3.      On July 14, 2005, this Court entered default judgments against all three

defendants in the amount of $165,172.57.

4.    As of this date, none of the defendants has paid any sums towards satisfaction of the judgment, which remains outstanding.

5.    On or about July 26, 2005, KMFC filed an Ex Parte Motion for Trustee Process Attachment to attach any monies or credits due the defendant, Alfred J. Balerna, to the amount of $165,172.57, now in the hands and possession of the Trustee, which motion was allowed by this Court.

6.    On July 28, 2005, KMFC caused a Summons to be served upon the Trustee.  On August 3, 2005, the Trustee filed its Answer with the Court, indicating that at the time of service of the Summons, it held goods, effects and credits on behalf of the defendant, Alfred J. Balerna, in the amount of $7,263.96.

7.    KMFC is entitled to a Trustee Execution in the amount held by the Trustee on behalf of the Defendant, Alfred J. Balerna.

WHEREFORE, the Plaintiff moves that this Court ALLOW this motion to charge the Trustee and issue an order that the Trustee Execution shall issue in the amount of $7,263.96. A proposed Order is attached hereto as Exhibit 1.

Respectfully submitted,

KAWASAKI MOTORS FINANCE CORPORATION,

By its Attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

By:____/s/ Jeffrey A. Dretler_____
    Richard D. Glovsky, BBO# 195820
    Jeffrey A. Dretler, BBO# 558953
    585 Commercial Street
    Boston, MA  02109
    (617) 456-8000

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey A. Dretler, attorney for the Plaintiff in the above-captioned matter, hereby certify that on this 31st day of August, 2005, I served the within document upon all parties of record by delivering, via first class mail, postage pre-paid, a copy thereof to: Robert J. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; Linda B. Scozzari, 34 Regis Road, East Falmouth, MA  02536-4247; Alfred J. Balerna, 19 Sunset Drive, P.O. Box 176, S. Walpole, MA 02071, and Donald J. Barry, Jr., Esq., Citizen's Bank of Massachusetts, 53 State Street, MBS 840, Boston, MA  02109.

*/s/ Jeffrey A. Dretler*
Jeffrey A. Dretler

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

      Plaintiff,

v.                                                                           CA:  05 10875WGY

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

      Defendants,

CITIZENS BANK OF MASSACHUSETTS,

      Trustee Defendant.

ORDER

After review of the submissions of the parties, it is hereby ordered that:

i.      The Plaintiff's Motion to Charge the Trustee Defendant, Citizens Bank of Massachusetts, on its Answer, is ALLOWED.

ii.     A Trustee Execution shall issue in the amount of $7,263.96 against the Trustee Defendant, Citzens Bank of Massachusetts, regarding monies or credits due the defendant, Alfred J. Balerna, now in the hands and possession of the Trustee, Citizens Bank of Massachusetts.

SO ORDERED.

Dated:_____                    _____
                                  William G. Young
                                  Chief
                                  United States District Judge