UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAWASAKI MOTORS FINANCE
CORPORATION,

    Plaintiff,

v.

ROBERT J. SCOZZARI,
LINDA B. SCOZZARI, and
ALFRED J. BALERNA,

    Defendants,

CITIZENS BANK OF MASSACHUSETTS,

    Trustee Defendant.

CA: 05 10875WGY

## ORDER

After review of the submissions of the parties, it is hereby ordered that:

i. The Plaintiff's Motion to Charge the Trustee Defendant, Citizens Bank of Massachusetts, on its Answer, is ALLOWED.

ii. A Trustee Execution shall issue in the amount of $7,263.96 against the Trustee Defendant, Citzens Bank of Massachusetts, regarding monies or credits due the defendant, Alfred J. Balerna, now in the hands and possession of the Trustee, Citizens Bank of Massachusetts.

SO ORDERED.

Dated: Sept 7, 2005

William G. Young
Chief
United States District Judge