▸ USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Kawasaki Motors Finance Corp. | COURT CASE NUMBER: 05-10875 WGY |
| DEFENDANTS: Robert Scozzari, Linda Scozzari + Alfred J. Bakeria, Citizens Bank | TYPE OF PROCESS: trustee execution |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Citizens Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 28 State St. Boston, MA 02109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-456-8130
DATE: 10/17/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talanian
Date: 10/31/05

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 01-10-06
Time: 10:49 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | 45.00 | —0— |

REMARKS: * Served upon Patricia Bruneau on behalf of Donald Barry, Jr. Esq of Citizens Bank at 53 State St. Boston, MA 02109 (see attached business cards).

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**                        CIVIL ACTION NO. 05 - 10875WGY

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS _Kawasaki Motors Finance Corporation_ has recovered judgment against _Robert J. Scozzari, Linda B. Scozzari and Alfred J. Balerna_ on the _7th_ day of _September_, for the sum of $_7,263.96_, debt or damage, pre-judgment interest in the amount of $_—_, and costs of this suit in the amount of $_—_; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of _Citizens Bank_ of _Massachusetts_ trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $_7,263.96_, in the whole, with interest thereon at the rate of _—_ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at _Boston_, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _13_ day of _October_.

SARAH A. THORNTON
CLERK OF COURT

By: _[signature]_
Deputy Clerk

(Execution - Trustee.wpd - 3/7/2005)